**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:16-cv-23924-KMW**

AMEER SIDDIQUI

     Plaintiff,

vs.

NETJETS AVIATION, INC.

     Defendant.

_____/

**JOINT NOTICE REGARDING**
**AVAILABILITY FOR TRIAL**

     Pursuant to the Court's instructions during the March 8, 2018 Pretrial Conference, Plaintiff, AMEER SIDDIQUI, and Defendant, NETJETS AVIATION, INC. (collectively, the "Parties") file this Joint Notice Regarding Availability for Trial. The Parties will be available for trial during the week of August 27, 2018, from August 27, 2018 to August 31, 2018. The Parties are willing to resume discussions regarding proceeding before the Magistrate Judge, should the Court's calendar preclude it from accommodating these or similar dates for trial in this matter.

     Submitted this 9th day of May, 2018.

*s/ Angeli Murthy*
Christina A. Jump
Texas Bar No. 00795828
Admitted Pro Hac Vice
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507
cjump@clcma.org
Troy L. Hales II
Texas Bar No. 24099011
Admitted Pro Hac Vice
thales@clcma.org
Constitutional Center for
Muslims in America

Angeli Murthy
Fla. Bar No. 88758
Morgan & Morgan, P.A.
600 N. Pine Island Rd., Suite. 400
Plantation, FL 33324-1311
(954) 318-0268
amurthy@forthepeople.com

*Counsel for Plaintiff Ameer Siddiqui*

**<u>By: /s/ Defense Counsel</u>**
Nathan Michael Berman
Zuckerman Spaeder LLP
101 E Kennedy Boulevard
Suite 1200
Tampa, FL 33602
813-221-1010
Fax: 223-7961
nberman@zuckerman.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 9, 2018, I filed the foregoing document with the Clerk of the

Court through the Court's ECF system.

**<u>s/ Angeli Murthy</u>**
Angeli Murthy