UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-23924-CIV-WILLIAMS

AMEER SIDDIQUI,

    Plaintiff,

vs.

NETJETS AVIATION, INC.,

    Defendant.
_____/

## JUDGMENT

**THIS MATTER** is before the Court following entry of final summary judgment in this case. (DE 84). Accordingly, judgment is **ENTERED** in favor of NetJets Aviation, Inc. against Plaintiff Ameer Siddiqui on all of Plaintiff's claims. Plaintiff Siddiqui shall take nothing from his claims.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30th day of July, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE